**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

AMB Property, L.P., as successor in interest to APT Twin Cities, Inc.,

Plaintiff,

Civil No. 01-2342 (RHK/JMM)

vs.

Law Gibb Group, Inc.,
Law Engineering and Environmental Services, Inc., a Georgia corporation,

Defendants.

**ORDER**

---

Law Engineering and Environmental Services, Inc.,

Plaintiff,

Civil No. 02-105 (JMR/FLN)

vs.

AMB Property, L.P., c/o AMB Institutional Realty Advisors, Inc., f/k/a APT Twin Cities, Inc.,

Defendant.

---

Before the Court are:

1. Defendants' Motion to Dismiss Pursuant to Rule 12(b) in CV-01-2342; and

2. Defendant's Motion to Consolidate CV-02-105 with CV-01-2342.

Both CV-01-2342 and CV-02-105 are now before the undersigned and Magistrate Judge John M. Mason pursuant to an Order for Reassignment of Related Cases.

FEB 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

The above-referenced Motions, scheduled for hearing before the undersigned on Wednesday, February 20, 2002, are referred to Judge Mason for recommended disposition. The February 20 hearing is **CANCELED**. If Judge Mason desires a hearing, the parties will be notified.

Dated: February 19, 2002

RICHARD H. KYLE
United States District Judge