**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

AMB Property, L.P., as successor in interest to APT Twin Cities Inc.,
Plaintiff,

vs.

CV 01-2342 RHK/JMM

LAW GIBB GROUP INC.,and LAW ENGINEERING AND ENVIRONMENTAL SERVICES INC., a Georgia Corporation,

Defendants.

-------------------------------

**ORDER FOR REASSIGNMENT OF RELATED CASES**

LAW ENGINEERING AND ENVIRONMENTAL SERVICES INC.,
Plaintiff,

vs.

CV 02-105 JMR/FLN

AMB PROPERTY L.P. f/k/a APT Twin Cities Inc., c/o AMB Institutional Realty Advisors Inc.,
Defendant.

---

Case No. 01-2342 having been assigned to Judge RICHARD H. KYLE and Case No. 02-105 having later been assigned to Judge JAMES M. ROSENBAUM, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 02-105 be assigned to Judge RICHARD H. KYLE AND MAGISTRATE JUDGE JOHN M. MASON, nunc pro tunc, by use of a card on the Master List of the automated case assignment system,and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated November 9, 2000.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: January 30, 2002

RICHARD H.KYLE,Judge
United States District Court

Dated: ~~January~~ February 1, 2002

JAMES M. ROSENBAUM,Judge
United States District Court

FILED FEB 01 2002
RICHARD D. SLETTEN, CLERK

JUDGEMENT ENTERED ______

DEPUTY CLERK'S INITIALS ______

Pursuant to an Order of Reassignment of Related Cases, this case is reassigned to

Judge Richard H. Kyle and Magistrate Judge John M. Mason

NEW CASE INFORMATION 02-105 RHK/JMM

Use this case information for all further filings.