UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AMB PROPERTY, LP., CIVIL NO. 01-2342 (RHK/JMM)

Plaintiff,

v.

LAW GIBB GROUP, INC. and
LAW ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.,

Defendants.

---

LAW ENGINEERING AND
ENVIRONMENTAL SERVICES, INC., CIVIL NO. 02-105 (RHK/JMM)

Plaintiff,

v.

AMB PROPERTY, L.P.,

Defendant.

---

ORDER/NOTICE OF HEARING

---

By Order dated February 19, 2002, District Judge Richard H. Kyle has referred Defendants Law Gibb Group, Inc. and Law Engineering and Environmental Services' Motion to Dismiss [Civil No. 01-2342, Docket Nos. 4 and 12], Plaintiff AMB Property's Motion to Consolidate [Civil No. 01-2342, Docket No. 13], and Defendant AMB Property's Motion to Consolidate [Civil No. 02-105, Docket No. 3] to the undersigned.

FEB 28 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. All moving papers have been filed with the Court.

2. All responses shall be served and filed on or before March 6, 2002.

3. The moving parties may serve and file a reply on or before March 11, 2002.

4. Oral argument will be heard on all motions before the undersigned on March 13, 2002 at 3:00 p.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: February 27, 2002

JOHN M. MASON
United States Magistrate Judge