UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AMB PROPERTY, L.P.,

Plaintiff,

v.

LAW GIBB GROUP, INC. AND
LAW ENGINEERING AND ENVIRONMENTAL
SERVICES, INC.,

Defendants.

CIVIL NO. 01-2342 (RHK/JMM)

ORDER

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated March 21, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss [Docket Nos. 4 and 12] is denied.

Dated: 4/09/02

RICHARD H. KYLE
United States District Court Judge

FILED APR 0 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________