# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
## St. Paul, Minnesota

## NOTICE TO COUNSEL

Civil Case No.: **0:01-CV-2342 RHK/JMM**

AMB Property,

v

Law Gibb Group, Inc.

**IN RE:** **Notice of Reassignment of Magistrate Judge**
**NEW: 0:01-CV-2342 RHK/AJB**

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to refer the above-entitled case to **U S District Court Magistrate Judge Arthur J. Boylan** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this assignment, please direct your inquiries to **Kathy Thobe at 651 848 1210.**

DATE: **June 19, 2002**

*[signature]*

**Richard D. Sletten, Clerk**

36

FILED June 19, 2002
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ____________