UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AMB Property, L.P., as successor in interest to APT Twin Cities Inc.,

Plaintiff,

vs.

Law Gibb Group, Inc. and Law Engineering and Environmental Services, Inc.,

Defendant.

Case No. 01-2342 RHK/JMM

**PROTECTIVE ORDER**

WHEREAS, Pursuant to the Federal Rules of Civil Procedure, Defendants Law Gibb Group, Inc. and Law Engineering and Environmental Services, Inc. (hereinafter "Law"), have served upon CB Richard Ellis a Subpoena to produce certain documents in relationship to the legal action above-entitled; and

WHEREAS, CB Richard Ellis is willing to comply with the Subpoena, but has indicated that the Subpoena requests production of confidential and sensitive business information, namely lease agreements and information pertaining to the leases and tenants; and

WHEREAS, CB Richard Ellis, as well as Plaintiff AMB, want to keep the lease and tenant information confidential;

NOW THEREFORE, the parties to this action, and CB Richard Ellis, through their respective attorneys, hereby stipulate to the entry of the following Protective Order in the above-referenced case:

1. All documents, materials, items, and/or information which contain or comprise leases and/or leasing and tenant information produced in this case, including, but not limited to, the lease agreements and other lease documentation and the contents thereof and testimony in relationship to the leases and tenants, shall be governed by this Protective Order. Counsel for AMB

JUN

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

shall provide to counsel for Law Gibb a list of the bate numbers of all documents AMB deems covered by this Agreement after the numbers are available.

2. Any information produced by any party or non-party as part of discovery in this action in relationship to the leases and tenant information shall be kept confidential by Law and must be protected against disclosure.

3. Documents, information, or testimony regarding lease agreements, the contents thereof, or tenant information, may be given, shown, made available to, or communicated in any way only to the persons listed in (a) ~~and (b)~~ – (d) below and only to the extent necessary for purposes of this litigation:

MBL 6/12/02

(a) Trial counsel and counsel of record for the parties, including partners, associates, law clerks, paralegals and designated clerical employees of the above-named counsel; and

(b) Employees of the parties assisting counsel with this case;

(c) Deponents during the course of their depositions; and

(d) Any experts used by the parties for trial.

4. Any persons listed in a – d above shall be made aware of this Protective Order and shall agree to abide by its terms.

5. All such confidential information shall be kept in secure facilities and access to those facilities shall be permitted only to those persons set forth in paragraph 3 of this Protective Order as persons properly having access thereto under the appropriately designated degree of confidentiality and in no event shall the information regarding the leases and tenants be used for any purposes other than this litigation.

6. If any document or information designated above in this Protective Order is used during the course of a deposition that portion of the deposition record reflecting such information



RECEIVED JUN-11-02 16:52 FROM- TO-FAEGRE AND BENSON PAGE 04

shall be sealed and stamped with the designated degree of confidentiality, and access thereto shall be limited pursuant to the other term of this Protective Order.

7. Documents or information designated pursuant to this Protective Order shall be introduced into evidence only under appropriate order unless the confidentiality of such information has been removed by agreement of counsel or by the Court.

8. Upon termination of this litigation, the originals and all copies of the materials and/or information shall be turned over to the party or non-party who produced such material, or to their respective counsel; alternatively, upon termination of this litigation, each party shall destroy the originals and all copies of the materials and/or information and shall certify to the party or non-party, who produced such material, or their respective counsel, that all such materials have been destroyed.

9. These provisions neither relate to nor affect attorney-client privileged matters or attorney work product matters. Further, this Order is without prejudice to the parties to alter or enlarge the same upon proper motion to the Court.

10. At any time after any information, document or deposition testimony contains the lease and/or tenant information under this Order, the parties to this agreement may agree in writing that the information may be disclosed to additional designated persons. Any such agreement of waiver must also be in writing or by statement made on the record at a deposition.

11. The Court retains jurisdiction to make such amendments, modifications and additions to this Order as the Court may from time to time deem appropriate. The Court shall further retain jurisdiction to resolve any disputes concerning the disposition of matters covered in this agreement.

12. This Order may be amended by the written agreement of counsel for the parties in the form of a stipulation that shall be approved by the Court and filed herein.



RECEIVED JUN-11-02 16:52 FROM- TO-FAEGRE AND BENSON PAGE 05

SO ORDERED:

Dated: 6/17/02

By: ______________________
Magistrate Judge ~~John M. Mason~~ Arthur J. Boylan

SO STIPULATED:

BARNA, GUZY & STEFFEN, LTD.

Dated: 6/14/02

By: ______________________
Joan M. Quade, # 18276X
Bradley A. Kletscher, #239355
400 Northtown Financial Plaza
200 Coon Rapids Boulevard
Coon Rapids, MN 55443-5894
Phone: (763) 780-8500
Attorneys for Plaintiff

FAEGRE & BENSON LLP

Dated: 6/12/02

By: ______________________
Mary Cullen Yeager, #20531X
Michael B. Lapicola, #286783
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.

FORMS\PROTECOR.NOT
Rev. 8/10/01