UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AMB Property, L.P., as successor in interest to APT Twin Cities, Inc.,

Plaintiff,

vs.

Law Gibb Group, Inc. and Law Engineering and Environmental Services, Inc.,

Defendants.

Case No: 01-2342 RHK/JMM

**STIPULATION OF DISMISSAL AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by plaintiff AMB Property, L.P., and defendant Law Companies Group, Inc. f/k/a Law Gibb Group, Inc., by and through their undersigned counsel, that defendant Law Companies Group, Inc. f/k/a Law Gibb Group, Inc. be dismissed on the merits without prejudice and without costs to any party from the above-entitled action.

Dated: 8-2, 2002

BARNA GUZY & STEFFEN, LTD.

Joan M. Quade, # 18276X
Bradley A. Kletscher, #239355
400 Northtown Financial Plaza
200 Coon Rapids Boulevard
Coon Rapids, MN 55443-5894
(763) 780-8500

**ATTORNEYS FOR PLAINTIFF**

AUG 07 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 07 2002
DEPUTY CLERK

Dated: July 31, 2002

FAEGRE & BENSON LLP

Michael Lapicola

Mary Cullen Yeager, #20531X
Michael B. Lapicola, #286783
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**ATTORNEYS FOR DEFENDANT LAW GIBB GROUP, INC.**

**ORDER**

Based upon the above-signed Stipulation of Dismissal executed by the parties' attorneys and on all of the files, records, and proceedings herein, the court being fully advised of the facts,

NOW THEREFORE, IT IS HEREBY ORDERED that defendant Law Companies Group, Inc. f/k/a Law Gibb Group, Inc. be and hereby is dismissed on the merits without prejudice and without further costs to any of the parties from the above-entitled action.

LET THE JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 8/7/02

By the Court:

United States District Judge

M2:20478025.01