**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

AMB PROPERTY, L.P., AS SUCCESSOR IN INTEREST TO APT TWIN CITIES, INC.,

Plaintiff,

Civil No. 01-2342 RHK/AJB

v.

**ORDER ON MOTION TO COMPEL**

LAW ENGINEERING AND ENVIRONMENTAL SERVICES, INC.,

Defendant,

---

The above matter came before the Court on Defendant's Motion to Compel discovery. [Docket No. 57]. A hearing was held on December 5, 2002, at the U. S. Courthouse, 316 Robert St., St. Paul, Minnesota. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Compel is **granted** in part and **denied** in part, as provided herein [Docket No. 57];

2. Plaintiff shall provide Defendant with all other documents that related to the two Minnesota properties and have not already been disclosed. This includes the signature page of the Bill of Sale, as well as documents relating to the Minnesota properties in the seven volume set of closing binders.

3. To the degree that documents have not been produced and are not produced in response to this Order, they will not be available for Plaintiff to use in response to a motion for summary judgment or at trial.

DEC 12 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Plaintiff need not provide another witness to testify under Federal Rule of Civil Procedure 30(b)(6). Plaintiff provided Mr. Kombouras to testify at deposition. To the extent that additional document production is made by virtue of this Order, Defendant shall make Mr. Kimbouras available for completion of the Rule 30(b)(6) deposition.

5. The Court awards no costs to either party.

Dated: 12/12/02

Arthur J. Boylan
United States Magistrate Judge