Cv01-2342 RHK/AJB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **July 1, 2003**. **Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: February 10, 2003.

FEB 11 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | AMB Property LP<br>As successor in interest<br>to APT Twin Cities Inc., | Joan Quade<br>Bradley Kletscher<br>763-780-8500 |
| | vs CV 01-2342 RHK/AJB<br>JURY TRIAL | Thomas Dargan<br>631-755-0101 |
| | Law Engineering and<br>Environmental Services<br>Inc., etc. | Mary Yeager<br>Michael Lapicola<br>612-766-7000 |
| 2. | Roger D. Evenson | Dennis Pelowski<br>612-305-4370 |
| | vs CV 02-1688 RHK/AJB<br><br>COURT TRIAL | |
| | Maytag Appliances Sales Company | Marko Mrkonich<br>612-630-1000 |