C01-2342 RHK/AJB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR JULY, 2003 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning July 1, 2003. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By June 17 , 2003:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By June 23, 2003:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By June 27, 2003: Responses to the Written Objections.

Dated: May 1, 2003

RICHARD H. KYLE
United States District Judge

FILED APR 30 2003
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

| | | |
|---|---|---|
| 1. | AMB Property LP<br>As successor in interest<br>to APT Twin Cities Inc., | Joan Quade<br>Bradley Kletscher<br>763-780-8500 |
| | vs CV 01-2342 RHK/AJB<br>JURY TRIAL | Thomas Dargan<br>631-755-0101 |
| | Law Engineering and<br>Environmental Services<br>Inc., etc. | Mary Yeager<br>Michael Lapicola<br>612-766-7000 |
| 2. | Roger D. Evenson | Dennis Pelowski<br>612-305-4370 |
| | vs CV 02-1688 RHK/AJB | |
| | COURT TRIAL | |
| | Maytag Appliances Sales Company | Marko Mrkonich<br>612-630-1000 |