UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AMB PROPERTY, L.P., as
successor in interest to APT
Twin Cities Inc.,
Plaintiff,

vs CV 01-2342 RHK/AJB

LAW ENGINEERING AND ENVIRONMENTAL
SERVICES INC., a Georgia corporation,
et al
Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 6, 2003.

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

MAY 0 6 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK