UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---------------------------------------------------------X

AMB PROPERTY CORP.,

Plaintiff,

-against-

LAW GIBB GROUP, INC., and
LAW ENGINEERING and ENVIRONMENTAL
SERVICES, INC.,

Defendants.

---------------------------------------------------------X

**Civil No.: 01-2342 RHK/AJB**

**ORDER OF MAGISTRATE ARTHUR BOYLAN**

The Court having held a telephone conference call in the above action on May 30, 2003, all parties being present and participating therein, rules as follows:

IT HEREBY ORDERED, that the defendant is to furnish the settlement check in the amount of $800,000 to a representative of the plaintiff on May 30, 2003, with the provision that the check is to be held in escrow until the written settlement agreement is jointly agreed upon by all parties or until a further Order is issued by the Court. If a joint agreement concerning the written settlement documentation is not reached by and between parties before June 6, 2003, both parties are to contact Magistrate Arthur J. Boylan for a further telephone conference on June 6, 2003.

Dated: May 30, 2003

ARTHUR J. BOYLAN, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

FILED MAY 3 0 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________